In the Matter of PATRICK J. HANNIGAN, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued October 14, 1946; decided October 17, 1946.

*James G. Donovan* for appellant.

*Allen Goodwin, Michael F. Pinto* and *Frank J. Franzino* for respondent.

*John J. Bennett, Corporation Counsel (Russell L. Tarbox* of counsel), for Board of Elections.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.